**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| DESMOND DARNELL DANIELS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | CASE NO.: 1:23-CV-00212-WLS-ALS |
| Officer THOMAS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

# ORDER

Before the Court is United States Magistrate Judge Alfreda L. Sheppard's Report and Recommendation. (Doc. 49.) Judge Sheppard recommends that Defendant Officer Thomas's motion for summary judgment be granted. (*Id.*) The Recommendation and 28 U.S.C. § 636(b)(1) allowed the parties fourteen days to file any objections. (*Id.* at 12.)

Because neither party objected, the Court reviews the Recommendation for plain error and manifest injustice. *See United States v. Aponte*, 461 F. App'x 828, 820 n.2 (11th Cir. 2012). Upon full review and consideration of the record, the Court finds neither plain error nor manifest injustice in Judge Sheppard's Recommendation. The Recommendation, (Doc. 49), is therefore **ACCEPTED**, **ADOPTED**, and made the Order of this Court, for reason of the findings made and reasons stated therein. Thomas's motion for summary judgment, (Doc. 37), is thus **GRANTED** and Daniels' action is **DISMISSED with prejudice**.

**SO ORDERED**, this 19th day of October, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**